UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CAROLYN WHITLEY                                                        CIVIL ACTION

VERSUS                                                                        NO. 15-595-BAJ-RLB

PINNACLE ENTERTAINMENT, INC.
OF DELAWARE, ET AL.

## ORDER

Before the Court is a Motion to Compel Production of Subpoenaed Documents (R. Doc. 32) filed by Defendants PNK (Baton Rouge) Partnership d/b/a L'Auberge Casino & Hotel and Pinnacle Entertainment, Inc. of Delaware (collectively, "PNK") on July 15, 2016. The Motion seeks an order compelling the production of documents from the non-party Orthopaedic Care Center of Louisiana pursuant to a Rule 45 subpoena served on May 19, 2016.

Rule 45 provides that "[a]t any time, *on notice to the commanded person*, the serving party may move the court for the district where compliance is required for an order compelling production or inspection." Fed. R. Civ. P. 45(d)(2)(B)(i) (emphasis added).

A court may not order compliance with a subpoena under Rule 45 unless the subpoenaed party and the parties to the action have first been provided notice of the motion to compel. *See*, *e.g.*, *Shaw Grp., Inc. v. Zurich Am. Ins. Co.*, No. 12-257, 2014 WL 68604, at *1 (M.D. La. Jan. 8, 2014), *reconsideration denied*, 2014 WL 204244 (M.D. La. Jan. 17, 2014). Here, the record does not indicate that the non-party Orthopaedic Care Center of Louisiana has been served with a copy of PNK's Motion to Compel.[1]

Based on the foregoing,

---

[1] PNK's Motion incorrectly suggests that the Court has the responsibility of serving the Motion on the non-party or otherwise satisfying a party's obligations under Rule 45.

**IT IS FURTHER ORDERED** that PNK shall serve a copy of the Motion to Compel (R. Doc. 32) and this Order on the non-party Orthopaedic Care Center of Louisiana within **5 days** of the date of this Order.

**IT IS FURTHER ORDERED** that PNK shall file into the record a certificate of service indicating that PNK has served a copy of the instant Motion and this Order on the non-party Orthopaedic Care Center of Louisiana within **7 days** of the date of this Order.

**IT IS FURTHER ORDERED** that the non-party Orthopaedic Care Center of Louisiana shall file any response to PNK's Motion to Compel (R. Doc. 32) **within 14 days** of the date it is served with the Motion to Compel and this Order.

Signed in Baton Rouge, Louisiana, on August 1, 2016.

_____
RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE